[No. 8278–4–III.  Division Three.  May 24, 1988.]

GARY TROWBRIDGE, ET AL, *Respondents*, v. R.D. WALSH,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–02781–3, James M. Murphy, J., entered November 14, 1986. *Reversed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J. Now published at 51 Wn. App. 727.

[No. 8617–8–III.  Division Three.  May 24, 1988.]

DESERT PINES, INC., *Respondent*, v. THE CITY OF
KENNEWICK, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–01061–8, Albert J. Yencopal, J., entered May 1, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 7996–1–III.  Division Three.  May 24, 1988.]

ELLIS J. MAGEE, JR., *Appellant*, v. THE BOARD OF COMMISSIONERS OF SPOKANE COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–04187–3, George T. Shields, J., entered June 24, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.